**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

BRANDON BIERBRAUER,

Plaintiff,

v.

DENNIS ZAHN,

Defendant.

Case No. 24-cv-3812 (LMP/DJF)

**ORDER ADOPTING
REPORT AND
RECOMMENDATION**

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster. ECF No. 94. The R&R recommends that Defendant Dennis Zahn's motion for summary judgment (ECF No. 81) be granted and that Plaintiff Brandon Bierbrauer's claims against Zahn be dismissed. *See id.* at 7–17. No objections to the R&R have been filed, so the Court reviews the R&R for clear error. *See Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (first citing Fed. R. Civ. P. 72(b); and then citing *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Having reviewed the R&R, the Court finds no clear error.

Accordingly, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

1.    The R&R (ECF No. 94) is **ADOPTED**;

2.    Defendant Dennis Zahn's Motion for Summary Judgment (ECF No. 81) is **GRANTED**; and

3.      This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 27, 2026                            *s/Laura M. Provinzino*
                                                 Laura M. Provinzino
                                                 United States District Judge